

# Fourth Court of Appeals
## San Antonio, Texas

August 10, 2017

No. 04-16-00690-CV

Cody A. **WATERS,**
Appellant

v.

Beth T. **WATERS,**
Appellee

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2016-CI-09528
Honorable John D. Gabriel, Jr., Judge Presiding

# O R D E R

Appellee's motion for extension of time to file brief is hereby GRANTED. Time is extended to September 18, 2017.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of August, 2017.

_____
Luz Estrada
Chief Deputy Clerk